No. 932. RUDO v. A. H. BULL STEAMSHIP CO. ET AL. May 27, 1935. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *Mr. Sol C. Berenholtz* for petitioner. *Mr. George Forbes* for respondents.

No. 941. E. R. SQUIBB & SONS v. MALLINCKRODT CHEMICAL WORKS. May 27, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William H. Davis* and *Clarence M. Fisher* for petitioner. *Messrs. Frank Y. Gladney* and *Lawrence C. Kingsland* for respondent.

No. 911. HARGREAVES v. UNITED STATES. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Wm. H. Neblett* for petitioner. *Solicitor General Reed* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 988. WILSON ET AL. v. UNITED STATES. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Joseph R. Brown* for petitioners. *Solicitor General Reed* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States.

No. 996. McRAE, ADMINISTRATRIX, v. UNITED STATES. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion